■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON WILSON, Also Known as CLIFFORD WILSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 23, 1977, convicting him of manslaughter in the first degree, after a nonjury trial, and sentencing him to a term of imprisonment with a minimum of 4 years and a maximum of 12 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a term of imprisonment with a minimum of two years and a maximum of six years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Hopkins, J. P., Latham, Gulotta and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BROOKS, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered May 17, 1977, which dismissed the petition. Appeal dismissed as academic, without costs or disbursements. Petitioner is now on parole and is no longer restrained in his liberty to such an extent that he is entitled to the relief sought (see CPLR 7002, subd [a]; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Martin v Bombard,* 60 AD2d 658; *People ex rel. Tucker v Board of Parole,* 56 AD2d 585). Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.